Mahadhi Corzano (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
STEVEN TUTOR

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| STEVEN TUTOR, | Case No.: 2:11-cv-03106-MMM -JCG |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| SIGNATURE MANAGEMENT SOLUTIONS, | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, STEVEN TUTOR, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

RESPECTFULLY SUBMITTED,

Dated: December 21, 2011          KROHN & MOSS, LTD.

By:/s/ Mahadhi Corzano

Mahadhi Corzano
Attorney for Plaintiff,
STEVEN TUTOR

- 1 -

VOLUNTARY DISMISSAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to Allan Bald, Registered Agent for Defendant, at the below address.

Allan Bald, Registered Agent

210 Center Road West

West Seneca. NY 14224

By:  /s/ Mahadhi Corzano

Mahadhi Corzano (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
STEVEN TUTOR

VOLUNTARY DISMISSAL